IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARONE GOODWIN, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :    CIVIL ACTION 07-0504-CG-M |
| | : |
| TONY PATTERSON, et al., | : |
| | : |
|     Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for failure to prosecute and to obey the Court's Order.

    **DONE and ORDERED** this 21st day of October, 2008.


                                 /s/ Callie V. S. Granade
                                 CHIEF UNITED STATES DISTRICT JUDGE