IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARONE GOODWIN, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :  CIVIL ACTION 07-0504-CG-M |
| | : |
| TONY PATTERSON, et al., | : |
| | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 21st day of October, 2008.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE